YETTA KATZ, as Administratrix, etc., of SARAH HERTZLICH, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

K. C. REALTY COMPANY OF JAMAICA, INC., Appellant, v. BANK OF THE MANHATTAN COMPANY and/or PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis and Johnston, JJ.; Adel, J., not voting.

HERBERT S. KLEIN, Executor, etc., of CHARLOTTE KOPP, Deceased, Respondent, v. MICHAEL OAKLEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

DANIEL LONDON, Appellant, v. MOSES HARRIS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

ISABELLE LUFKIN, Appellant, v. LICHTENSTEIN CLEANERS & DYERS, INC., PAUL C. BRAUNSTEIN, LICHTENSTEIN CLEANERS, INC., JACOB LICHTENSTEIN, CLARA LICHTENSTEIN, Respondents, and MITCHELL ARKUSH, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

EVE MANDELBERG, Respondent, v. NATHAN LAMPERT, INC., Sometimes Known as NATHAN LAPERT, INC., Appellant, and THE BROOKLYN SAVINGS BANK, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

ANTHONY NOVITZ, Respondent, v. MARY T. MAINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

DAVID OPPENHEIM, Appellant, v. YVETTE OPPENHEIM, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.